

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Alan Schrock v. City of Baytown

Appellate case number:   01-17-00442-CV

Trial court case number:  1007923

Trial court:            County Civil Court at Law No. 1 of Harris County

Date motion filed:      August 15, 2019

Party filing motion:    Appellee


       The en banc court has unanimously voted to deny appellee's motion for en banc reconsideration. It is ordered that the motion is denied.


Judge's signature: ___/s/ Julie Countiss_____
                  Acting for the Court the En Banc Court*

Date: ___March 5, 2020_____

* En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.